AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
(1) Imprisonment: Maximum 40 years, Minimum 5 Years
(2) Fine: Maximum $2,000,000
(3) Supervised Release: Maximum 5 Years, Mandatory Minimum 4-Year Term.
(4) Special Assessment: $100.00

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ANTONIO WATSON

DISTRICT COURT NUMBER

CR08-447

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christine Y. Wong, AUSA

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-447**

ANTONIO WATSON,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To Distribute Cocaine Base

A true bill.

_____ Foreman

Filed in open court this ___9TH___ day of JULY 2008

_____ Clerk

Bail, $ __No bail warrant__
7-9-08

E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2                                                FILED

3                                                2008 JUL -9 PM 1:41

4                                                RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIO WATSON,<br><br>　　　Defendant. | No. CR08-447 DLJ<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To Distribute Cocaine Base<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To Distribute Cocaine Base)

On or about May 14, 2008, in the Northern District of California, the defendant,

ANTONIO WATSON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 7.5 grams of mixtures and substances containing detectable

INDICTMENT

1  amounts of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(B).

4  DATED:     July 9, 2008                              A TRUE BILL.

                                                        _____
                                                        FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney

10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

12 (Approved as to form: _____)
                         AUSA C.Y. WONG

INDICTMENT