AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession With Intent to Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

**DEFENDANT - U.S.**

▶ ANTONIO WATSON

DISTRICT COURT NUMBER
CR-08-0447 DLJ

FILED
AUG - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

OAKLAND POLICE DEPARTMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  CHRSTINE Y. WONG, AUSA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT
ANTONIO WATSON - INFORMATION

VIOLATION: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession With Intent to Distribute Cocaine Base

PENALTIES: If prior felony information is not filed:
20 years imprisonment
$1,000,000 fine
3 years supervised release
$100 special assessment

If prior felony information is filed:
30 years imprisonment
$2,000,000 fine
6 years supervised release
$100 special assessment.

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

AUG - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-447 DLJ |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Cocaine Base |
| v. ) | |
| ANTONIO WATSON, ) | OAKLAND VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Cocaine Base)

On or about May 14, 2008, in the Northern District of California, the defendant,

ANTONIO WATSON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 4.5 grams of mixtures and substances containing detectable

INFORMATION

1  amounts of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(C).
3
4  DATED:    August _, 2008        JOSEPH P. RUSSONIELLO
                                   United States Attorney
5
6                                  *signature*
                                   W. DOUGLAS SPRAGUE
7                                  Chief, Oakland Branch
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION