~~PROPOSED~~ ORDER/COVER SHEET

TO:  Honorable Wayne D. Brazil                              RE:  Antonio WATSON
     U.S. Magistrate Judge

                                        FILED
                                        AUG - 4 2008

FROM: Richard W. Wieking, Acting Chief                      DOCKET NO.:  CR08-00447 DLJ
      U.S. Pretrial Services Officer           RICHARD W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                                      OAKLAND
DATE: August 1, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                      (510)637-3752
U.S. Pretrial Services Specialist                    TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:
    But one more violation of any kind and defendant must appear for hearing.

_____Wayne D. Brazil_____                            8-4-08
JUDICIAL OFFICER                                     DATE

Cover Sheet (06/02/08)

cc only to: WDB's Stats, Frances, Pretrial