O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ANTONIO WATSON

**FILED**

AUG - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

WAIVER OF INDICTMENT

CASE NUMBER: CR-008-447-DLJ

I, ANTONIO WATSON, the above named defendant, who is accused of knowingly and intentionally possessing with intent to distribute approximately 4.5 grams of mixtures and substances containing detectable amounts of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/8/2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____   8-8-08
Judicial Officer