UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                   **No.** CR-08-00447-DLJ

**Defendant:** Antonio Watson

**Appearances for AUSA:** James Mann for Christine Wong

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                          -HELD

**Notes:**

**Case Continued to**   9/5/08 AT 9:00AM   for STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**   Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for         Trial

**Excludable Delay: Category: Begins:** 8/8/08      **Ends:** 9/5/08