BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for ANTONIO WATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00447 DLJ [WDB]) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING RELEASE CONDITIONS** |
| vs. ) | **FOR TEMPORARY RELEASE FROM** |
| ) | **THE HALFWAY HOUSE ON** |
| ANTONIO WATSON, ) | **THANKSGIVING** |
| ) | |
| Defendant. ) | |
| _____) | |

Antonio Watson has been at Cornell Corrections halfway house in San Francisco since approximately July 25, 2008. Mr. Watson has requested a day pass for Thanksgiving, so that he can spend the day with his family. Pretrial Services has no objection to the modification. The parties therefore stipulate and agree that Pretrial Services shall have the discretion to permit Mr. Watson to go to his mother's house for 8 hours on Thanksgiving.

Date: November 21, 2008                                /S/
                                                       Rebecca Sullivan Silbert
                                                       Assistant Federal Public Defender

Date: November 21, 2008                                /S/
                                                       Christine Wong
                                                       Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/S/) within this e-filed document.

Waston Stip for Temp. Release
No. CR 08-00447 DLJ                                    1

1    Based on the above stipulation, IT IS HEREBY ORDERED that Antonio Watson's

2  release conditions are modified so that Pretrial Services has the discretion to permit Mr. Watson

3  to go to his mother's house for 8 hours on Thanksgiving.

6  <u>November 24, 2008</u>
    Date

                                      Honorable Wayne D. Brazil
                                      Magistrate Judge, United States District Court
                                      Northern District of California